# U.S. District Court
## Northern District of Florida - District Version 2.1 (Pensacola)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00215-RV-MD

04cv12269 PBS

HYMAN v. PFIZER INC et al
Assigned to: JUDGE ROGER VINSON
Referred to: MAGISTRATE JUDGE MILES DAVIS
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/18/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**SYLVIA G HYMAN**    represented by **DEWITT M LOVELACE**
LOVELACE LAW FIRM PA - DESTIN FL
36474 EMERALD COAST PKWY
STE 4202
DESTIN, FL 32541
850/837-6020
Fax: 837-4093
Email: dml@lovelacelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**PFIZER INC**    represented by **MICHAEL LANE ROSEN**
SHOOK HARDY & BACON LLP - TAMPA FL
100 N TAMPA ST STE 2900
P.O. BOX 0898
TAMPA, FL 33602-5810
813-202-7100
Fax: 813-221-8837
Email: mrosen@shb.com
*ATTORNEY TO BE NOTICED*

**WARNER-LAMBERT COMPANY**    represented by **MICHAEL LANE ROSEN**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 06/18/2004 | 1 | COMPLAINT against PFIZER INC, WARNER-LAMBERT COMPANY (Filing fee $ 150.00 receipt number 300 110739), filed by SYLVIA G HYMAN.(cbj, Pensacola) (Entered: 06/18/2004) |
|---|---|---|
| 06/18/2004 | 2 | CIVIL COVER SHEET. (cbj, Pensacola) (Entered: 06/18/2004) |
| 06/18/2004 | 3 | Summons Issued as to PFIZER INC, WARNER-LAMBERT COMPANY, and returned to plaintiff (handed back at counter). (cbj, Pensacola) (Entered: 06/18/2004) |
| 07/13/2004 | 4 | AMENDED DOCUMENT by SYLVIA G HYMAN. Amendment to 1 Complaint *First Amended Class Action Complaint*. (LOVELACE, DEWITT) Modified on 7/13/2004* (cbj, Pensacola)<br><br>*NOTE: Filer advised of improper event selection for amended complaint. To re-file as "Amended Complaint". (Entered: 07/13/2004) |
| 07/13/2004 | 5 | AMENDED COMPLAINT against PFIZER INC, WARNER-LAMBERT COMPANY, filed by SYLVIA G HYMAN. (LOVELACE, DEWITT) (Entered: 07/13/2004) |
| 07/13/2004 | 6 | SUMMONS Returned Executed by SYLVIA G HYMAN. PFIZER INC served on 6/24/2004, answer due 7/14/2004; WARNER-LAMBERT COMPANY served on 6/24/2004, answer due 7/14/2004. (LOVELACE, DEWITT) (Entered: 07/13/2004) |
| 07/16/2004 | 7 | AMENDED COMPLAINT *SECOND AMENDED COMPLAINT* against PFIZER INC, WARNER-LAMBERT COMPANY, filed by SYLVIA G HYMAN.(LOVELACE, DEWITT) (Entered: 07/16/2004) |
| 07/19/2004 | 8 | DOCKET ANNOTATION BY COURT: Re 7 (SECOND) Amended Complaint filed by SYLVIA G HYMAN referred to RV w/proposed deficiency order. (cbj, Pensacola) (Entered: 07/19/2004) |
| 07/19/2004 |  | ReSet Deadline: Re: 5 AMENDED COMPLAINT against PFIZER INC, WARNER-LAMBERT COMPANY, filed by SYLVIA G HYMAN.(LOVELACE, DEWITT) - Answer due by 7/23/2004 (cbj, Pensacola) (Entered: 07/19/2004) |
| 07/19/2004 | 9 | ORDER re 7 Amended Complaint filed by SYLVIA G HYMAN - The document shall remain in the electronic file, but the court will not consider it until deficiencies are corrected through filing of a corrected document. Signed by Judge ROGER VINSON on July 19, 2004. (cbj, Pensacola) (Entered: 07/20/2004) |

| 07/21/2004 | 10 | Corporate Disclosure Statement by PFIZER INC, WARNER-LAMBERT COMPANY. (Attachments: # 1 Exhibit A to Pfizer's Corporate Disclosure Statement)(ROSEN, MICHAEL) Modified on 7/22/2004 - advised by filing party on 7/21/2004, that document is NOT signed and will refile to include signature (cbj, Pensacola). (Entered: 07/21/2004) |
|---|---|---|
| 07/21/2004 | 11 | AMENDED DOCUMENT by PFIZER INC, WARNER-LAMBERT COMPANY re 10 *Pfizer's Corporate Disclosure Statement, Amended To Add Signature*. (ROSEN, MICHAEL) Modified on 7/22/2004, to create link to document being amended (cbj, Pensacola). (Entered: 07/21/2004) |
| 07/21/2004 | 12 | Joint MOTION to Stay *Proceedings Pending Transfer To MDL Court* by PFIZER INC, WARNER-LAMBERT COMPANY. (ROSEN, MICHAEL) (Entered: 07/21/2004) |
| 07/21/2004 | 13 | NOTICE by PFIZER INC, WARNER-LAMBERT COMPANY *of Defendants' Consent To Filing Of Second Amended Complaint* (Attachments: # 1 Second Amended Complaint, as Exhibit to Defendant's Consent To Filing of Second Amended Complaint) (ROSEN, MICHAEL) (Entered: 07/21/2004) |
| 07/21/2004 | | Set Deadline for answer: Re: 7 AMENDED COMPLAINT *SECOND AMENDED COMPLAINT* against PFIZER INC, WARNER-LAMBERT COMPANY, filed by SYLVIA G HYMAN. (LOVELACE, DEWITT), 13 NOTICE by PFIZER INC, WARNER-LAMBERT COMPANY *of Defendants' Consent To Filing Of Second Amended Complaint* (Attachments: # (1) Second Amended Complaint, as Exhibit to Defendant's Consent To Filing of Second Amended Complaint)(ROSEN, MICHAEL) Answer due by 7/31/2004 (cbj, Pensacola) (Entered: 07/22/2004) |
| 07/22/2004 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson notified that action is needed Re: 12 Joint MOTION to Stay *Proceedings Pending Transfer To MDL Court* filed by PFIZER INC, WARNER-LAMBERT COMPANY (cbj, Pensacola) (Entered: 07/22/2004) |
| 07/23/2004 | 14 | ORDER - Granting 12 Motion to Stay proceedings pending transfer to MDL court. Signed by Judge ROGER VINSON. (cbj, Pensacola) (Entered: 07/23/2004) |
| 08/19/2004 | 15 | NOTICE (copy) of hearing session re MDL 1629 from Clerk of MDL Panel (cbj, Pensacola) (Entered: 08/19/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:01:09 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:04-cv-00215-RV-MD |
| Billable Pages: | 2 | Cost: | 0.14 |