# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

SYLVIA G. HYMAN

     VS

                                       **CASE NO.  3:04cv215/RV/MD**
                                         MDL CASE NO.  1692

PFIZER, INC., et al

## NOTICE OF TRANSFER OUT OF DISTRICT

**To:**   Clerk, United States District Court
       District of Massachusetts
       1 Courthouse Way
       Boston, MA 02210

     Pursuant to the Order of the MDL Panel transferring the above-styled civil action to your court and notification by your court, please find attached a **certified copy of the docket sheet, instructions for retrieving the electronic file**, in said civil action. Also, as requested, I have enclosed a **copy of the transfer order, and copy of your letter** requesting the file.

     Please acknowledge receipt of these items and docket sheet on the enclosed copy of this notice of transmittal.


                        WILLIAM M. McCOOL, CLERK OF COURT


 November 10, 2004
DATE:                /s/ C. Justice
                        Deputy Clerk


Acknowledgment:
Date received in your district:
Your Case No.:            04cv12269 -PBS


Document No.